In the Matter of the Application of RICHARD L. WALKER and Others for the Payment, etc., of Damage Parcel No. 8 in a Certain Proceeding for the Acquiring of Title by THE CITY OF NEW YORK to Certain Premises Situated on Nyse and Bryant Avenues, etc., Adjoining Premises of Public School No. 6 in the Borough of The Bronx.— Matter referred to Hon. John Proctor Clarke, official referee. Settle order on notice.  Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

HENRY MALONE v. WILLIAM P. GANZENMULLER and Another.— Motion granted.  Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

J. & H. GOODWIN, LTD., v. DOLLAR STEAMSHIP LINE.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

MARGUERITE VEILLER v. AMERICAN PLAY COMPANY, INC.— Motion granted. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

EMANUEL G. PENN v. UMBERTO VALIANTE.— Motion denied on condition that plaintiff furnish undertaking to secure payment to defendant of the amount in plaintiff's hands claimed by defendant.  Settle order on notice.  Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of MARK HENRY SCHNEIDER, an Attorney.— Reference ordered to Hon. Alfred R. Page, official referee.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

## SECOND DEPARTMENT, MARCH, 1930.

NATHAN BRESS, Respondent, v. JOSEPH STORCH, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Stay continued for thirty days to enable appellant to apply to the Court of Appeals.  Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER Co., INC., Appellant. (Appeal No. 1.)  ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER Co., INC., Appellant, and HOBAN-HUNTER-FEITNER COMPANY and Others, Defendants.  CHARLES R. MACAULAY, as Chairman, and CHARLES R. MACAULAY and Others, as the Creditors' Committee, etc., Plaintiffs, v. LOUIS McCARTY, Individually and as Trustee, and Others, Defendants.  (Appeal No. 2.)  ISAAC L. BROWN, Respondent, v. LONG BEACH LUMBER Co., INC., Appellant.  (Appeal No. 3.) — Motion for reargument denied, with ten dollars costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Young, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

LEOPOLD COHN, Appellant, v. EDITH COHN, Respondent.— Application for stay denied, it appearing that the amount awarded defendant's attorney has been paid.  Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MANUEL DE BUENO, Plaintiff, v. COURT TAXI SERVICE, INC., Appellant, and HARRY FLOWERS, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.